# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KELLY KOVACEVICH,<br><br>    Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:18-cv-01625-SAB<br><br>ORDER EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 10) |

On July 18, 2019, the parties filed a stipulation to extend the briefing schedule in this matter.

Based upon the stipulation of the parties, IT IS HEREBY ORDERED, that:

1. Plaintiff shall file his opening brief on or before August 28, 2019;
2. Defendant shall file a responsive pleading on or before September 27, 2019; and
3. Plaintiff's reply, if any, shall be filed on or before October 14, 2019.

IT IS SO ORDERED.

Dated: **July 18, 2019**

UNITED STATES MAGISTRATE JUDGE

-1-