# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KELLY KOVACEVICH,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01625-SAB<br><br>ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

Scott Kelly Kovacevich ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On August 28, 2019, a second stipulation to extend time to file an opening brief was filed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before October 2, 2019;

2. Defendant's response shall be filed on or before November 1, 2019; and

3. Plaintiff's reply, if any, shall be filed on or before November 18, 2019.

IT IS SO ORDERED.

Dated: **September 5, 2019**

UNITED STATES MAGISTRATE JUDGE

1