**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SCOTT KELLY KOVACEVICH, | Case No.: 1:18-cv-01625-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 14) |
| Defendant. | |

On October 3, 2019, the parties filed a stipulation to dismiss this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each party to bear their own fees, costs and expenses. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

/ / /

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**October 3, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE